# IN THE SUPREME COURT

Disposition of Petitions for Discretionary Review Under G.S. 7A-31

8 December 2016

| 391A16 | Next Advisor Continued, Inc. v. Lendingtree, Inc., et al. | Def's Motion to Amend Certificate of Service of Brief | Allowed **12/01/2016** |
|---|---|---|---|
| 391A16 | Next Advisor Continued, Inc. v. Lendingtree, Inc., et al. | 1. Defs' Motion for Temporary Stay<br><br>2. Defs' Petition for *Writ of Supersedeas*<br><br>3. Defs' Petition in the Alternative for *Writ of Certiorari* to Review Decision of N.C. Business Court<br><br>4. Defs' Motion to Amend and Supplement Record on Appeal | 1. Denied<br><br>2. Denied<br><br>3. Denied<br><br><br><br>4. Dismissed as moot |
| 392A16 | The Fidelity Bank v. N.C. Department of Revenue | Petitioner's Motion to Hold Appeal in Abeyance Pending Determination of PDR in Companion Case | Allowed **10/28/2016** |
| 393P16 | The Fidelity Bank v. N.C. Department of Revenue | Petitioner's PDR Prior to a Determination of COA (COA16-1051) | Allowed |
| 394P16 | State v. Daniel Scott Best | Def's PDR Under N.C.G.S. § 7A-31 (COA16-27) | Denied |
| 396P16 | Teresa Thompson v. Evergreen Baptist Church | Plt's PDR Under N.C.G.S. § 7A-31 (COA15-1031) | Denied |
| 397A16 | State v. Adam Robert Jackson | 1. Def's Motion for Removal of Current Appellate Counsel and Reappointment of the Office of the Appellate Defender<br><br>2. Def's Motion for Current Appellate Counsel to Deliver Entire File to the Office of the Appellate Defender | 1. Allowed **11/07/2016**<br><br>2. Allowed **11/07/2016** |
| 398P16 | State v. Eric Lamar Lindsey | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA15-1188)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| 400P16 | State v. Clairy Kanyinda Mbaya | Def's PDR Under N.C.G.S. § 7A-31 (COA16-364) | Denied |
| 402P16 | State v. Jermuis Erell Andrews | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA16-253)<br><br>2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| 403P16 | Ricky Turner v. Cherry Hospital | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **10/31/2016** |